# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NELSON PAGAN MARTÍNEZ,<br>Defendant. | INFORMATION<br><br>CRIMINAL NO. 25-505-MAJ<br><br>VIOLATION:<br><br>18 U.S.C. § 930(a)<br><br>ONE COUNT |

The United States Attorney Charges:

### COUNT ONE
Possession of Firearm in Federal Facility
18 U.S.C. § 930(a)

On or about October 1, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

NELSON PAGAN MARTÍNEZ,

did knowingly possess and cause to be present a firearm and dangerous weapon in the IRS Caparra Call Site Building in Guaynabo, Puerto Rico, a Federal facility, in violation of 18 U.S.C. § 930(a).

W. STEPHEN MULDROW
United States Attorney

_____
Seth A. Erbe
Assistant United States Attorney
Chief, Financial Fraud &
Public Corruption Section

_____
Linet Olinghouse
Assistant United States Attorney