# Memorandum

 

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Gizelle M. Rivera, Operations Manager
cn=Gizelle M. Rivera, Operations Manager, o=USDC-PR, email=Gizelle_Rivera@prd.uscourts.gov, c=US
2025.12.08 14:43:13 -04'00'

**25-CR-505-MAJ**

| Subject | Date |
|---|---|
| **INFORMATION** | December 8, 2025 |

| To | From |
|---|---|
| Ada I. García-Rivera, Esq.<br>Clerk, U.S. District Court | Linet Olinghouse<br>Assistant U.S. Attorney |

    Pursuant to Rules 7(a)(2) and 58(b)(1) of the Federal Rules of Criminal Procedure, attached is an original Information to be filed with the Court. The Information charges the defendant, Nelson Pagan Martínez, with a misdemeanor violation of 18 U.S.C. § 930(a). This is unrelated to any criminal complaint and there is no plea agreement. The Government is unaware if defendant currently represented.

    In the event there are any questions, please contact the above Assistant U.S. Attorney at : (787) 370-6136.